UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SAMUEL BROWN,**

    **Plaintiff,**

**v.**                                          **Case No: 8:18-CV-1539-JDW-CPT**

**ADT LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. 4). Defendant has not answered or moved for summary judgment. Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to **CLOSE** this file.

    **DONE AND ORDERED** this 12th day of September, 2018.

                                                           */s/ James D. Whittemore*

                                                            **JAMES D. WHITTEMORE**
                                                            **United States District Judge**

Copies to:
Counsel of Record